# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of September, two thousand twenty-five,

Andre K. Antrobus,

    Plaintiff - Appellant,

v.

City of New York,

    Defendant - Appellee,

v.

The City of New York Department of Sanitation,

    Defendant.

**ORDER**
Docket No. 24-1517

    Appellant, *pro se,* moves for reconsideration of the Court's February 3, 2025 order denying his motion to supplement the records on appeal.

    IT IS HEREBY ORDERED that the motion is DENIED. On appeal, we review only the documents that were part of the District Court record.

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court